Pablo Chavez #1005528
Name and Prisoner/Booking Number

King's County Jail
Place of Confinement

P.O. Box 1699
Mailing Address

Hanford CA, 93230
City, State, Zip Code

FILED
JUN 08 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Pablo Chavez
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Cal-Fire
(Full Name of Defendant)

(2) Mariposa County

(3) MT. Buillion (Fire camp)

(4) Hollister Air Attack Base
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:20-cv-801-NONE-SKO
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

   ☐ Other: _____

2. Institution/city where violation occurred: Kings County Jail
   RECEIVED - Yosmite National Park

Revised 3/15/2016       JUN 08 2020        1

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5.) Dyn Corp.
6.) U.S. Forest Service

1A

## B. DEFENDANTS

1. Name of first Defendant: **Cal/Fire**. The first Defendant is employed as: **Fire Fighter** (Position and Title) at **California** (Institution).

2. Name of second Defendant: **Mariposa, Ca**. The second Defendant is employed as: **Mariposa, Ca.** (Position and Title) at **Mariposa.** (Institution).

3. Name of third Defendant: **MT. Bullion**. The third Defendant is employed as: **Fire Camp** (Position and Title) at **Mariposa CA.** (Institution).

4. Name of fourth Defendant: **Hollister Air Attack Base**. The fourth Defendant is employed as: **S-2T air tanker** (Position and Title) at **Cal/Fire** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Pablo Chavez** v. **King's County**
      2. Court and case number: **1:20-CV-00603 GSA (PC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   b. Second prior lawsuit:
      1. Parties: **Pablo Chavez** v. **King's County**
      2. Court and case number: **1-20-CV-00532 GSA (PC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   c. Third prior lawsuit:
      1. Parties: **Pablo Chavez** v. **King's County**
      2. Court and case number: **1-20-CV-00503-JDP**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5.) Dyn Corp. - pilot
Cal/Fire, CA.

6.) U.S. Forest Service - Fire Fighter, Cal/Fire, Ca

29

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Constitutional right 8th Amendment</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 10-8-14 while on a grade project in Yosemite National park, MT. Bullion Fire camp "Crew 4" were commanded to go to a Fire call. The Dog rock Fire. While cutting a fire line for Cal/Fire to bring in the Fire hose. This task requires 10 foot cut four foot scape. On our command from our Captain Robert Carvallho we started cutting a fire line on or near Highway 140. As we continued to cut a fire line Numerous Hellicopters and airplanes S-2T air tanker's witch use twin turbin engines and is capable of carring 1,200 gallons of fire retardant. Cutting fire line through this rugged terrain was very dangerous as the Mountain was very steep. As we continued to cut line we were the Only Crew of fire fighters there.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have Chronic Flashbacks that have been occuring Since 7-19-17, P.T.S.D. Axiety, Depressed, Feeling guilty, heart pumping fast, Fustrated. Ear pain, Headachs. Jumpy to loud Bang's. loss of hearing.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I have Made attempts to Contact MT. Bullion. I also wrote them explaining my issue's to No aveal. No response.

3

as we made great progress. Looking in the sky watch, at approxmitt- ly 50 to 75 feet a, S-2T air tanker Bomber collide into the river canyon, ~~canyon~~ wall, watching it explode in flames as plane depris flew passed our heads also retardent splashed on a few fire fighters, me as well. ~~Killing~~ Killing the pilot instantly. We were pulled off the Fire line (Due to what we seen) also to check for injuries, so we were pulled off the fire line. We were consulled by the Mariposa Cal/Fire chief along with Numerous Cal/Fire Captain's in the chow Hall that what we witnessed will have an affect on our live's called P.T.S.D. I have had these chronic Flashbacks for 2 year's know. These symtom's have spyrolled out of controll. The Mariposa chief along with Captian's said that some will have P.T.S.D. and others won't.

3A

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: <u>Constituional right 8th Amendment</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>Mariposa Should be held accountable for my flashbacks along with ear plug's that they did Not have that day. Due to this Neglegeace. also Should be held responsible for my P.T.S.D. care. also the Cal/Fire Chief said that there is No statue of limitations on P.T.S.D. That we would have these symtoms on down the line.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). <u>Chronic head aces, ringing in my ears. loss of hearing, Axiety Flashbacks; Fustrated Deppressed,</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I tried and Did Mail Mt. Bullion Fire Camp a letter letting them know. my symtom's P.T.S.D. They Did Not answer.</u>

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Constitutional right, 8th amendment</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>They were out of supply's MT. Bullion Fire Camp. Ear plug's, The loud Boom Made Me deaf in my Ears I used No Ear plug's that Day because MT. Bullion Fire Camp Did Not have any in Stock because of the Supply running out of ear plug's and there Negligence from the loud Boom of the Plain Crashing into the Mountain I Suffered Injuries. My Captain was Robert Carvalho.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). <u>loss of hearing, P.T.S.D. Chronic head aches ringing in My Ear's, Anxiety, Depressed, heart pounding,</u>.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I tried to Make Contact to Mariposa they Did Not answer Me Back, about P.T.S.D.</u>

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

# Claim IIII

1.) Constituitional right 8th amendment.

2) ■ Threat to Safety

3.) The S-2T air Tanker was based out of the Hollister air attack Base. They should of checked for any defects with could of been prevented the Dyn Corp. provides all Cal/Fire fixed wing aircraft and Maintenance for the Deparment's planes and Helicopters. The plane is registered to the U.S. Forest Service

4.) I have Chronic P.T.S.D because of this Neglegecc. Headaches, loss of hearing.

5.) A ☒ NO
   B. ☒ Yes
   C. ☒ NO
   D.) I tried to Make contact with M.t Bullion Mariposa.

6

## Claim 5

1.) Constitutional right 8th Amendment

2.) ☒ Threat to Safety

3.) Dyn Corp. provides for all Cal/Fire fixed-wing air craft and the Maintence for the Departments planes and Helicopters. They failed to check for all possible defects on the plane

4.) I suffered physical injuries to My Ears I get a constant ring also has made Me loose hearing and I have chronic P.T.S.D. Axiety Depression, feeling guilty, heart pounding.

5.) A.) ☒ NO
    B.) ☒ Yes
    C.) ☒ NO
    D.) I have tried to reach or contact MT. Bellion they Did Not response.

7

5.) D.) I wrote them telling them that I have and am going through these symtoms that if they could help me. They Did Not response back. I addressed My problems in hoping that they could atleast help me out. They Did Not respond.

7A

## E. REQUEST FOR RELIEF

State the relief you are seeking: I am asking to get the best treatment for P.T.S.D. and seeking Medical treatment in amount of 3,400,000.00 Chronic Flashbacks I am asking for Punitive Damages in the amount of 4,000,000.00 for Neglegence, reckless, careless and pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-1-20            Pablo Chavez
              DATE              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6