UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CAL-FIRE, *et al.*,<br><br>            Defendants. | Case No.   1:20-cv-00801-NONE-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff proceeds in this civil action without representation.  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  ECF No. 2.  Plaintiff has submitted a declaration regarding his financial circumstances.  *Id*.  I find that plaintiff's declaration satisfies the requirements under § 1915, and grant plaintiff's motion to proceed *in forma pauperis*.  The court will screen plaintiff's complaint in due course before ordering service.

IT IS SO ORDERED.

Dated:   June 13, 2020                       _____
                                             UNITED STATES MAGISTRATE JUDGE

1 | No. 204.