**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.,<br><br>CAL-FIRE, MARIPOSA COUNTY, MT. BULLION FIRE CAMP, HOLLISTER AIR ATTACK BASE, DYN CORPS, and U.S. FOREST SERVICE,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00801-JLT-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 13) |

　　　　The assigned magistrate judge screened Plaintiff's complaint and found that it failed to state a claim. (Docs. 1, 10.) The magistrate judge gave Plaintiff 30 days to file an amended complaint, to advise the Court whether he wished to stand on his complaint, or to voluntarily dismiss this action. (*Id*. at 5.) The Court also warned Plaintiff that his failure to comply with the order would result in a recommendation that his action be dismissed for his failure to comply with a court order and his failure to prosecute. (*Id*. at 6–7.)

　　　　Plaintiff failed to respond. (*See generally* docket.) Consequently, the magistrate judge issued findings and recommendations that this action be dismissed, without prejudice, for Plaintiff's failure to prosecute and failure to comply with a court order. (Doc. 13.) To date, Plaintiff has not filed any objections, and the time to do so has expired.

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 26, 2022 (Doc. 13) are **ADOPTED IN FULL**.
2. The Clerk of Court shall terminate any motions/deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:   **October 28, 2022**

UNITED STATES DISTRICT JUDGE