# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAL-FIRE, MARIPOSA COUNTY, MT. BULLION FIRE CAMP, HOLLISTER AIR ATTACK BASE, DYN CORPS, and U.S. FOREST SERVICE,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00801-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO REOPEN CASE<br><br>(Doc. 8) |

　　　Last month, the plaintiff filed a document which read, "Plaintiff Pablo Chavez under rule 60 of the Federal rules of civil Procedure would like to re-open this case See C Fed.R.Civ.P. 60." The Court noted that the motion failed to demonstrate any basis upon which the matter could be reopened. (Doc. 17) Plaintiff has not filed a document which reads, "I Pablo Chavez hereby file this motion in regards to re-opening of my case." (Doc. 18) For the same reasons set forth in the order issued two weeks ago, the plaintiff's motion to reopen the case (Doc. 18) is **DENIED**.

　　　This is the second frivolous filing in this case. No further such filings SHALL be accepted.

IT IS SO ORDERED.

　　　Dated:   **September 29, 2023**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE